**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| KIMBERLY JUAREZ, A MINOR BY ELIDA JUAREZ, NATURAL GUARDIAN | : No. 546 EAL 2016 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| v. | : the Order of the Superior Court |
| | : |
| | : |
| U-HAUL OF JUNIATA PARK/FELTONVILLE, U-HAUL MOVING & STORAGE AT ALLEGHENY, U-HAUL COMPANY OF PENNSYLVANIA, U-HAUL COMPANY OF NORTH PHILADELPHIA, U-HAUL  COMPANY OF SOUTH PHILADELPHIA, U-HAUL INTERNATIONAL INC., AMERCO, JOVAN S. MARTIN, MIGUEL A. RIVERA, ERION MENI AND ERI VENDING CART, INC. | : |
| | : |
| PETITION OF: MIGUEL RIVERA AND JOVAN MARTIN | : |
| | : |

## ORDER

**PER CURIAM**

AND NOW, this 18th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.